# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**                                               Cr. No.  2:10-cr-20216-JTF-01

**JERRY HUDDLESTON,**

        **Defendant.**

---

## ORDER DIRECTING THE UNITED STATES TO RESPOND

---

Before the Court is Defendant Jerry Huddleston's *pro se* Emergency Motion for Compassionate Release pursuant to 18 U.S.C. § 3582 (c)(1)(A) that was filed on May 26, 2020. (ECF No. 217.)  Huddleston is currently scheduled for release from BOP custody on January 9, 2033.[1]  As such, the United States is directed to file a response to Huddleston's request within fourteen (14) days from the entry of this order.

        **IT IS SO ORDERED** on this 3rd day of June, 2020.

                                                *s/John T. Fowlkes, Jr.*
                                                JOHN T. FOWLKES, JR.
                                                UNITED STATES DISTRICT JUDGE

---

[1] https://www.bop.gov/inmateloc.