May 26, 2020

RECEIVED
2020 JUN -4 AM 8:06
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

From: Jerry Huddleston #23670-076
Address: United States Penitentiary
P.O. Box #7000
Florence, CO. 81226

Case No: 10-CR-20216-01-D

To: Clerk of Court

Dear Sir/Madam

   I would like to enclosed this letter to request additional documention from this Honorable District Court. Which concerning the case number above, I'm requesting from this court to see has my Emergency Motion For Compassionate Release under 18 U.S.C. 3582 (c)(1)(A) COVID-19 Pandemic been file if so what day its been filed on and what its docket Number. An if my Motion hasn't been file yet please notify me when it has. I really appreciate if you can help me with this matter. Once again, I really appreciate your assistance. Thank you.

Respectfully Submitted

Jerry Huddleston
Jerry Huddleston #23670076